UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| THOMAS ROSENBAUM, GARY KASACZUN JONI KASACZUN, EDGAR C. JONES LIVING TRUST, ROBERT SEXTON, ELIZABETH STERN, DELEN TENNYSON, WILLIAM METHOD, RICK SANDUSKY, ELIZABETH SANDUSKY, SANDUSKY, LLC, VEYING TONE, WILLIAM LISOWSKI, JULIE LISOWSKI, LUCINDA ORWOLL, RON HOOD, ROYCE WHANG, SEAN SMOLSKI AND RFL FINANCIAL, LLC, SEYTRON PROPERTY HOLDING, L.L.C., AND SEYTRON INVESTORS NO. 1, L.L.C., <br><br>    Plaintiffs, <br>    v. <br><br>CHAD SEYBOLD, JOHN VERRERRO, LAURA SEYBOLD, SCOTT WATERMAN, SEYTRON, LLC, SEYTRON, L.L.C., SEYTRON PROPERTIES, LLC, SEYCAD CONSTRUCTION, LLC, SEYTRON CONSTRUCTION, LLC, SEYCAD, LLC, BPOE, LLC, BEST PLACE ON EARTH, GARY L. NUNLEY D/B/A GARY L. NUNLEY APPRAISAL SERVICE, APPRAISAL RESOURCE GROUP, IMPACT FINANCIAL, LLC, IMPACT FINANCIAL, GROUP, LLC, SEYBOLD MONTESSORI ACADEMY, INC., SEE WHAT, LLC, BEAU JACK WHITE, JAMES THOMAS BEAMAN, JOHNSON & BEAMAN, JOHN HANCOCK LIFE INSURANCE COMPANY, U.S.A., CONESTOGA TITLE COMPANY OF GRANT COUNTY, INC., SIGMA FINANCIAL CORPORATION, WELLS FARGO BANK, N.A., APEX GROUP, INC., ROSS SUPPLY CO., INC., MUTUAL FEDERAL SAVINGS BANK, SALIN BANK AND TRUST COMPANY, NOVASTAR MORTGAGE, INC., CARTER LUMBER COMPANY, INC., GRANT COUNTY TREASURER, FIRST FARMERS BANK, DEUTSCHE BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY, LOAN TRUST 2005-1, LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I, LLC ASSET BACKED CERTIFICATES, SERIES 2004-HE6 NATIONAL CITY MORTGAGE COMPANY, KENNEDY'S, INC. AURORA LOAN SERVICES, LLC AND JOHN DOES 1-10, <br><br>    Defendants. | **Case No. 1:06-cv-352** |

## OPINION and ORDER

This matter is before the Court on the Motion for Stay (DE# 113) filed by Defendants

Chad Seybold and Laura Seybold, and the Motion for Stay (DE# 114) filed by Seytron, LLC,

each filed on May 24, 2007.  No objections have been filed to the motions.

In each of the Motions, the Defendants show that they have filed with the United States Bankruptcy Court for the Northern District of Indiana, a Petition for Relief under Chapter 7 of the Bankruptcy Code and thus are entitled to an automatic stay against the continuation of this judicial proceeding under 11 U.S.C. § 362(a).  No one has suggested that there are any "unusual circumstances" here that would justify extending the stay to the other defendants. *See, e.g.*, *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 314-315 (6th Cir. 2000).

Consequently, the Motion for Stay filed by Chad Seybold and Laura Seybold, and the Motion for Stay filed by Seytron, LLC, are hereby GRANTED, and all further proceedings against these Defendants in this case are hereby STAYED until further order.

SO ORDERED.

**Dated this 13th day of June, 2007.**

                                                S/Roger B. Cosbey
                                                ROGER B. COSBEY
                                                U.S. MAGISTRATE JUDGE